**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

DEBORAH ANN COLLINS, individually
and on behalf of a class of all persons and
entities similarly situated,

   *Plaintiff*,

v.

NEW ERA LENDING LLC.

   *Defendant*.

Case No.: 4:26-CV-03829

### ORDER GRANTING DEFENDANT NEW ERA LENDING LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Before the Court is Defendant New Era Lending LLC's Motion to Dismiss Plaintiff's Class

Action Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). Having

considered the Motion, any response thereto, the pleadings, and applicable law, the Court finds

that the Motion should be **GRANTED**.

The Court finds that Plaintiff's Complaint fails to state a claim upon which relief can be

granted. Specifically, the Complaint contains no factual allegations plausibly connecting

Defendant New Era Lending LLC to the text messages at issue. The messages do not identify New

Era, the phone numbers are not linked to New Era, and the messages are addressed to a third party

rather than Plaintiff. Accordingly, the Complaint does not satisfy the plausibility pleading standard

set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S.

662 (2009), and fails to state a plausible claim for relief under 47 U.S.C. § 227(c)(5).

It is therefore **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and

Plaintiff's Class Action Complaint is **DISMISSED WITH PREJUDICE**.

1

It is further ORDERED that all remaining pending motions, if any, are DENIED AS MOOT.

The Clerk shall close this case.

IT IS SO ORDERED this _____ day of _____ 2026.

_____
HON. JUDGE PRESIDING
UNITED STATES DISTRICT JUDGE

2