**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated, | Case No. 4:26-CV-03829 |
| Plaintiff,<br><br>v.<br><br>NEW ERA LENDING, LLC,<br><br>Defendant. | **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

Defendant New Era Lending, LLC, hereby notifies the Court and all parties of record that the following attorney is appearing as counsel for the Defendant in the above action:

**Melanie Madden**
Texas State Bar No. 241452291
Munsch Hardt Kopf & Harr, P.C.
700 Milam, Suite 800
Houston, Texas 77002
(713) 222-1470 (Main)
(713) 222-5872 (Direct)
(713) 222-1475 (Fax)
mmadden@munsch.com

The undersigned hereby requests notice of all Court communications and service of all documents filed in this matter. All previously designated counsel for Defendant shall continue in their capacities.

1

4914-1257-4661v.1

**Dated: August 13, 2026**                    Respectfully submitted,

                                        **MUNSCH HARDT KOPF & HARR, P.C.**

                                        By: */s/ Melanie Madden*
                                             **Michael A. Harvey**
                                             State Bar No. 24058352
                                             Federal Bar No. 917759
                                             **Earl L. Ingle**
                                             State Bar No. 24097234
                                             Federal Bar No. 3219597
                                             **Melanie Madden**
                                             State Bar No. 241452291
                                             Federal Bar No. 3928155
                                             700 Milam Street, Suite 800
                                             Houston, Texas 77002
                                             Phone:  (713) 222-4015
                                             Fax:  (713) 222-5868
                                             mharvey@munsch.com
                                             eingle@munsch.com
                                             mmadden@munsch.com

                                        **ATTORNEYS FOR DEFENDANT**
                                        **NEW ERA LENDING, LLC**


## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, the undersigned counsel certifies that the foregoing document has been filed with the Court and served upon Plaintiff and all known counsel of record via the Court's electronic case filing system and/or electronic mail August 13, 2026.

Anthony I Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

                                        */s/ Melanie Madden*
                                        Melanie Madden

2

4914-1257-4661v.1