# EXHIBIT A

**From:** Bernal, Crissy
**To:** Madden, Melanie
**Subject:** FW: Cause No. 4:26-CV-03829 Deborah Ann Collins, Individually v New Era Lending
**Date:** Tuesday, August 18, 2026 3:33:02 PM
**Attachments:** image001.png

---

**From:** TXSDdb_Houston_Operation <houston_operation@txs.uscourts.gov>
**Sent:** Friday, July 31, 2026 4:30 PM
**To:** Bernal, Crissy <Cbernal@munsch.com>
**Subject:** RE: Cause No. 4:26-CV-03829 Deborah Ann Collins, Individually v New Era Lending

**External Email: Use caution with links and attachments.**

---

Good afternoon

I have fixed the problem. The button for notice on his profile was not checked. He and his assistant should receive notice from now. I will re-notice the joint discovery case management plan as well.

Thank you

Clerk's Office.

**From:** Bernal, Crissy <Cbernal@munsch.com>
**Sent:** Friday, July 31, 2026 3:03 PM
**To:** TXSDdb_ECF_Helpdesk <district_ecf_helpdesk@txs.uscourts.gov>
**Subject:** Cause No. 4:26-CV-03829 Deborah Ann Collins, Individually v New Era Lending

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL:**

Hello, an attorney I work with is listed as counsel for a Defendant in the matter referenced above. I was checking the Court's Docket yesterday afternoon and noticed that the Plaintiff has filed an Amended Petition and the Proposed Joint Discovery Case Management Plan. Mr. Harvey, counsel for the Defendant nor his assistant received copies of the foregoing. Can someone please advise as to why he did not receive copies of the foregoing? Do you show him on the service list?

**Crissy A. Bernal**
Executive Legal Secretary

700 Milam Street, Suite 800
Houston, Texas 77002

O: 713.222.4063
E: Cbernal@munsch.com

munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.