**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NEW ERA LENDING, LLC,<br><br>Defendant. | Case No. 4:26-CV-03829<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT NEW ERA LENDING, LLC'S UNOPPOSED MOTION FOR LEAVE TO RESPOND AND BRIEF IN SUPPORT**

Before the Court is Defendant New Era Lending, LLC's Unopposed Motion for Leave to Respond and Brief in Support. Having considered the Motion, the Court finds that the Motion is **GRANTED.**

It is therefore **ORDERED** that Defendant's response to Plaintiff's First Amended Class Action Complaint shall be filed by Monday, August 24, 2026.

IT IS ORDERED this ______ day of ___________________ 2026.

____________________________________
HON. JUDGE PRESIDING
UNITED STATES DISTRICT JUDGE