**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| DEBORAH ANN COLLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ERA LENDING, LLC,<br><br>Defendant. | Case No. 4:26-CV-03829<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT NEW ERA LENDING, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Before the Court is Defendant New Era Lending, LLC's Motion to Dismiss Plaintiff's First Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. __). Having considered the Motion, all responsive briefing, and the applicable law, the Court finds the Motion should be **GRANTED**.

The Court finds that 47 U.S.C. § 227(c)(5) does not create a private right of action for text messages because the statute authorizes suit only by a person who has received more than one "telephone call," and a text message is not a "telephone call" within the meaning of that subsection.

The Court further finds that this is a purely legal deficiency that cannot be cured by further amendment.

It is therefore **ORDERED** that Defendant New Era Lending, LLC's Motion to Dismiss (Dkt. ___) is **GRANTED**.

It is further **ORDERED** that Plaintiff's First Amended Class Action Complaint (Dkt. 8) is **DISMISSED WITH PREJUDICE** in its entirety.

It is further **ORDERED** that all claims asserted by Plaintiff, including claims for statutory damages, treble damages, injunctive relief, and class certification, are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that this is a final, appealable order disposing of all claims and all parties.

It is further **ORDERED** that the Clerk of Court shall close this case.

SIGNED this _____ day of ______________, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS