United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Deborah Ann Collins, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3829 |
| | § | |
| New Era Lending LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING LEAVE TO FILE RESPONSE**

Before the Court is Defendant New Era Lending, LLC's Unopposed Motion for Leave to Respond to Plaintiff's First Amended Class Action Complaint. Doc. 12. The motion is unopposed and is Defendant's first request for an extension. *See id.* Given Defendant's explanation for its delinquency, the Court finds good cause to grant the extension. *See* Fed. R. Civ. P. 6(b)(B). The Motion is GRANTED. Defendant shall file a response to the First Amended Complaint on or before **August 28, 2026**.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 25th of August, 2026.

Nicholas J. Ganjei
United States District Judge